George Kersey
684 Newton Street
Chestnut Hill, MA
02467
(518) 966-9690

Clerk
U.S. Dist. Ct.

Kersey v. Trump
02-29-24

Dear Sir,

    Enclosed is my/current complaint

    My Pauper Affidavit is included in my prior filing against Donald Trump.

Respectfully,
George Kersey

United States District Court
District of Massachusetts

George Kersey
       Plaintiff

v.

Donald Trump
       Defendant

Civil Action No. _____

## Complaint

1. Plaintiff resides at 684 Newton Street, Chestnut Hill, MA. 02467

2. Defendant is understood to have a residence at 1100 S. Ocean Blvd, Palm Beach, FL. 33480

3. The Australian Prime Minister has stated that Defendant has a "really creepy affection for Vladimer Putin

4. As a result Defendant has interfered with the defense of the United States by attacking NATO and simultaneously advising Putin with respect to NATO

5. Plaintiff is a Veteran of the Second World War and took an Oath to defend the Constitution

6. Defendant should be enjoined from further interference with the defense of the United States.

Respectfully,
George Kersey
*George Kersey*

02-29-24