UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORGE KERSEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-10556-IT |
| | * | |
| DONALD TRUMP, | * | |
| | * | |
| Defendant. | * | |

ORDER ADOPTING REPORT AND RECOMMENDATION
July 8, 2024

TALWANI, D.J.

The court hereby adopts the Magistrate Judge's unobjected-to Report &

Recommendation [Doc. No. 3] dismissing the case as frivolous where Plaintiff's challenges to

Defendant's conduct lack an arguable basis in the law. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge